1  Veronica Arechederra Hall, Bar No. 5855
   veronica.hall@jacksonlewis.com
2  Phillip C. Thompson, Bar No. 12114
   phillip.thompson@jacksonlewis.com
3  **JACKSON LEWIS P.C.**
   3800 Howard Hughes Parkway, Suite 600
4  Las Vegas, Nevada 89169
   Tel:  (702) 921-2460
5  Fax: (702) 921-2461
   *Attorneys for Defendant*
6  *ARIA Resort & Casino*

7

## UNITED STATES DISTRICT COURT

8

## DISTRICT OF NEVADA

9

| | |
|---|---|
| TERESA DE LA TORRE, an individual | Case No.: 2:15-cv-00313-APG-GWF |
| Plaintiff, | |
| v. | **STIPULATION AND ORDER TO DISMISS STATE LAW CLAIM WITH PREJUDICE** |
| ARIA RESORT & CASINO, LLC; DOES 1 through 10, inclusive; and ROE CORPORATIONS 1 through 10, inclusive, | |
| Defendants. | |

Defendant ARIA Resort & Casino, LLC (hereinafter referred to as "Defendant") and Plaintiff Teresa De La Torre ("Plaintiff") hereby stipulate as follows:

1.  Plaintiff's Second Cause of Action for discrimination pursuant to Nev. Rev. Stat. Chapter 613 is dismissed from this action with prejudice; and

2.  Defendant's Answer will be filed on or before 14 days after the Court executes this Order.

This stipulation is submitted and based upon the following:

1.  Plaintiff's claim pursuant to Nev. Rev. Stat. Chapter 613 is time barred because Plaintiff did not bring the claim within 180 days of the most recent act complained of, as required by Nev. Rev. Stat. 613.430.  As such, there is good cause for dismissing Plaintiff's Second Cause of Action; and

2. This request is made in good faith and not for the purpose of delay.

Respectfully submitted this 7th day of April 2015.

| KANG & ASSOCIATES, PLLC | JACKSON LEWIS P.C. |
|---|---|
| */s/ Kyle R. Tatum* <br> Patrick W. Kang, Bar No. 10381 <br> Kyle R. Tatum, Bar No. 13264 <br> 6480 W. Sprint Mountain Road, Suite 1 <br> Las Vegas, Nevada 89146 | */s/ Phillip C. Thompson* <br> Veronica Arechederra Hall, Bar No. 5855 <br> Phillip C. Thompson, Bar No. 12114 <br> 3800 Howard Hughes Parkway, Suite 600 <br> Las Vegas, Nevada 89169 |
| *Attorneys for Plaintiff* <br> *Teresa De La Torre* | *Attorneys for Defendant ARIA Resort &* <br> *Casino, LLC* |

**ORDER**

IT IS SO ORDERED _____April 7_____, 2015.

_____
U.S. District Court Judge