1  Veronica Arechederra Hall, Bar No. 5855
   veronica.hall@jacksonlewis.com
2  Phillip C. Thompson, Bar No. 12114
   phillip.thompson@jacksonlewis.com
3  **JACKSON LEWIS P.C.**
   3800 Howard Hughes Parkway, Suite 600
4  Las Vegas, Nevada 89169
   Tel: (702) 921-2460
5  Fax: (702) 921-2461
   *Attorneys for Defendant*
6  *MGM Resorts International and*
   *ARIA Resort & Casino*
7

8                  UNITED STATES DISTRICT COURT

9                        DISTRICT OF NEVADA

10 | TERESA DE LA TORRE, an individual | Case No.: 2:15-cv-00313-APG-GWF
11 |         Plaintiff,
12 |    v.
13 | ARIA RESORT & CASINO, LLC; DOES    | **STIPULATION AND ORDER FOR**
   | 1 through 10, inclusive; and ROE   | **DISMISSAL WITH PREJUDICE**
14 | CORPORATIONS 1 through 10, inclusive,
15 |         Defendants.

   IT IS HEREBY STIPULATED AND AGREED, by and between Plaintiff TERESA DE LA TORRE and MGM RESORTS INTERNATIONAL and ARIA RESORT & CASINO, LLC ("Defendants"), through their undersigned counsel of record, that the above entitled matter be dismissed with prejudice, each party to bear its own attorneys' fees and costs.

JACKSON LEWIS P.C.
LAS VEGAS

. Further, this Court shall retain jurisdiction over any disputes arising out of the court-facilitated resolution of this matter.

Dated: August 19, 2015.

| KANG & ASSOCIATES, PLLC | JACKSON LEWIS P.C. |
|---|---|
| /s/ Patrick W. Kang | /s/ Veronica Arechederra Hall |
| Patrick W. Kang, Bar No. 10381<br>Kyle R. Tatum, Bar No. 13264<br>6480 W. Sprint Mountain Road, Suite 1<br>Las Vegas, Nevada 89146 | Veronica Arechederra Hall, Bar No. 5855<br>Phillip C. Thompson, Bar No. 12114<br>3800 Howard Hughes Parkway, Suite 600<br>Las Vegas, Nevada 89169 |
| *Attorneys for Plaintiff*<br>*Teresa De La Torre* | *Attorneys for Defendants MGM Resort*<br>*International and ARIA Resort &*<br>*Casino, LLC* |

### ORDER

IT IS HEREBY ORDERED, ADJUDGED AND DECREED that the above-entitled matter is dismissed with prejudice and each party to bear its own attorneys' fees and costs. This Court shall retain jurisdiction over any disputes arising out of the court-facilitated resolution of this matter.

Dated: August 24, 2015.

_____
U.S. District Court Judge

4821-1272-1190, v. 1